THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOUND REALTY COMPANY, Respondent, against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Defendant.

PAUL WINDELS, as Corporation Counsel of the City of New York, Appellant.

(Appeals Nos. 1, 2 and 3.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISAAC LEFKOWITZ, Respondent, against GEORGE P. NICHOL-. SON, as Corporation Counsel of the City of New York, Defendant.

PAUL WINDELS, as Corporation Counsel of the City of New York, Appellant.

(Appeal No. 4.)

Submitted May 16, 1938; decided May 24, 1938.

Motion to amend the remittitur denied. It was the intention of this court to award one bill of costs in each proceeding. (See 277 N. Y. 101.)

DORIS M. WILLCOX, an Infant, by BERTRAM W. WILLCOX, Her Guardian ad Litem, Appellant, v. COUNTY OF ERIE, Respondent.

BERTRAM W. WILLCOX, Appellant, v. COUNTY OF ERIE, Respondent.

Submitted May 16, 1938; decided May 24, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 604.)